**FILED**
NOV 20 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8940

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Daniel LEYVA, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about November 19, 2007, within the Southern District of California, defendant Daniel LEYVA, did knowingly and intentionally import approximately 22.44 kilograms (49.37 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
LORENA MULVIHILL
Special Agent
Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, November 20, 2007.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Daniel LEYVA

## STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to U.S. Immigration and Customs Enforcement Special Agent Lorena Mulvihill.

On November 19, 2007, at approximately 1745 hours, Customs and Border Protection Officer (CBPO) E. Chong was assigned to primary lane two at the Calexico, California East Port of Entry when a 1994 black Chevrolet Camero bearing California license plate 4KWV011 approached for entry.

CBPO E. Chong encountered the operator, registered owner and sole occupant of the vehicle, Daniel LEYVA. CBPO E. Chong received a negative Customs declaration from LEYVA and referred LEYVA and the vehicle to the vehicle secondary lot for further examination.

In the vehicle secondary area, CBPO Tolentino assumed responsibility for searching the vehicle and requested Customs Border Protection Canine Enforcement Officer M. McGee to screen the vehicle with his Narcotic Detector Dog (NDD). The NDD alerted to the rear of the vehicle by sitting and staring at the rear bumper.

During examination of the vehicle, CBPO Tolentino discovered several packages concealed with in the gas tank of the vehicle. CBPO Tolentino probed a package exposing a green leafy substance, which field-tested positive for marijuana. A total of seventeen (17) packages, with a total weight of 22.44 kilograms (49.37 pounds) were removed from the vehicle.

LEYVA was advised of his rights per Miranda. LEYVA stated that he understood his rights and was willing to waive his rights and make a statement. LEYVA admitted knowledge of the marijuana found in the vehicle. LEYVA stated he was to be paid $1000.00 for this smuggling venture.