**FILED**
DEC 2 0 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>       v.                        )<br>                                 )<br> DANIEL LEYVA,                   )<br>                                 )<br>            Defendant.           )<br>_____) | Criminal Case No. 07CR 3437-JM<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about November 19, 2007, within the Southern District of California, defendant DANIEL LEYVA, did knowingly and intentionally import approximately 22.44 kilograms (approximately 49.37 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: December 20, 2007.

KAREN P. HEWITT
United States Attorney

/s/ John T. Wen

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:drh: Imperial
12/20/07