# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER _07CR3437-JM_ |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
|  | ) | Booking No. _05723298_ |
| Daniel Leyva | ) |  |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _April 4, 2008_
the Court entered the following order:

___✓___ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

___✓___ Defendant sentenced to TIME SERVED, supervised release for __2__ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

**FILED**
APR 4 - 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES MAGISTRATE JUDGE

Received _____
DUSM

OR
W. SAMUEL HAMRICK, JR.   Clerk
by
_____ Deputy Clerk

Crim-9   (Rev 6-95)   ★ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**